UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gary S. Hann,

    Plaintiff-Appellant,                           Case No. 08-14565

v.                                                       Hon. Nancy G. Edmunds

State of Michigan and Lindsay Moyer,

    Defendants-Appellees.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion to dismiss is GRANTED, Plaintiff's motion to remand to BAP or to Judge O'Meara is DENIED, and the case is hereby DISMISSED.

       SO ORDERED.

                                                   s/Nancy G. Edmunds
                                                   Nancy G. Edmunds
                                                   United States District Judge

Dated: August 17, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 17, 2009, by electronic and/or ordinary mail.

                                                   s/Carol A. Hemeyer
                                                 Case Manager